UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICKEY CHERRY,

Petitioner,

v.

TAYLOR, Warden,

Respondent.

Case No.: 1:26-cv-01541-JLT-EGC

**ORDER REGARDING PETITIONER'S FILING OF JULY 16, 2026**

(Doc. 12)

On July 16, 2026, Petitioner Rickey Cherry filed an untitled document asserting Respondent failed to respond to this Court's May 11, 2026, order. He asks the Court to "construe the Government non Response and Lack of Request For an Extension as Conceding to Petitioner Motion" and seeks a ruling in his favor. (Doc. 12.)[1]

## I. BACKGROUND & DISCUSSION

On March 9, 2026, the previously assigned magistrate judge issued an order directing Respondent to file a response to the petition or writ of habeas corpus within 60 days. (Doc. 4.)

On May 8, 2026, Respondent sought an extension of the deadline to respond (Doc. 9); on May 11, 2026, the Court granted Respondent an "extension of time to June 6, 2026, to file a response" (Doc. 10).

[1] The Court observes that Petitioner's filing was signed and dated July 6, 2026. (Doc. 12.) On that date, Petitioner would have been in receipt of Respondent's motion to dismiss as the motion was served to Petitioner on June 8, 2026. (*See* Doc. 11 at 12.)

On June 8, 2026, Respondent filed a motion to dismiss and opposition to petition for writ of habeas corpus. (Doc. 11.)

Petitioner is advised that Rule 6 of the Federal Rules of Civil Procedure provides that when a deadline falls on a Saturday, Sunday, or legal holiday, the relevant deadline is extended to the "next day that is not a Saturday, Sunday, or legal holiday." *See* Fed. R. Civ. P. 6(a)(1)(C), (3)(B). Here, June 6, 2026, fell on a Saturday. Therefore, the relevant filing deadline became June 8, 2026. Thus, Respondent's motion filed June 8, 2026, was timely filed.

The undersigned will issue findings and recommendations concerning Respondent's motion to dismiss in due course.

## II. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that Plaintiff's filing of July 16, 2026 (Doc. 12) is **RESOLVED**.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Erin Sanchez Castillo

UNITED STATES MAGISTRATE JUDGE